UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**VICTOR ALAN ROSS,**   Civil No. 08-1183 JNE /SRN

    **Plaintiff,**

**v.**

    ORDER

**DEPARTMENT OF VETERANS AFFAIRS,**

    **Defendant.**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 30, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application To Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: __September 2, 2008.

                                  s/ Joan N. Ericksen
                                  Judge Joan N. Ericksen
                                  United States District Court Judge